UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at GREENEVILLE

| | | |
|---|---|---|
| LATONYA FULLER | ) | |
| | ) | |
| v. | ) | NO. 2:07-CV-190 |
| | ) | (Cr: 2:02-CR-23) |
| UNITED STATES OF AMERICA | ) | *Jordan/Inman* |

**JUDGMENT ORDER**

In accordance with the accompanying memorandum opinion, petitioner's motion to supplement is **DENIED**, her *pro se* motion to vacate, set aside, or correct a sentence filed under 28 U.S.C. § 2255 likewise is **DENIED**, and this case is **DISMISSED**. For reasons stated in the opinion, should petitioner give timely notice of an appeal from this order, such notice will be treated as an application for a certificate of appealability, which is hereby **DENIED,** given her failure to make a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(2); Fed. R. App. P. 22(b).

**IT IS SO ORDERED**.

**ENTER:**

/s/ Leon Jordan
LEON JORDAN
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT
 s/ *Patricia L. McNutt*
CLERK OF COURT